Jeffrey W. Allen (099240)
Natalie V. Glavinovich (219415)
VAN DE POEL & LEVY, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone:   (925) 934-6102
Facsimile:   (925) 934-6060

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
(erroneously sued as SEARS, ROEBUCK and COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTNEY WANDZILAK<br><br>            Plaintiff(s),<br><br>vs.<br><br>SEARS, ROEBUCK and COMPANY,<br><br>            Defendant(s). | CASE NO.: C07-04039<br><br>**ANSWER TO COMPLAINT FOR DAMAGES BY DEFENDANT SEARS, ROEBUCK AND CO.**<br><br>*Complaint Filed: August 7, 2007*<br><br>*Initial CMC: November 16, 2007* |

      COMES NOW Defendant SEARS, ROEBUCK AND CO., erroneously sued herein as Sears, Roebuck and Company, and for its answer to the complaint of plaintiff CORTNEY WANDZILAK, on file herein, admits, denies, alleges, and states the following:

### I. JURISDICTION

      1.    Answering paragraph 1 of the Complaint, this answering defendant admits that the United States District Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332.

### II. VENUE

      2.    Answering paragraph 2 of the Complaint, this answering defendant denies based on lack of information and belief that venue is in the United States District Court, Northern District of California, because as alleged by plaintiff under 28 U.S.C. 1391(b) jurisdiction for this civil action is not founded solely on diversity of citizenship. Based on this answering defendant's information and belief, jurisdiction for this action is founded solely on diversity of citizenship of the parties.

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}                                1

ANSWER TO COMPLAINT

### III. NATURE OF THE PROCEEDINGS

3. Answering paragraph 3 of the Complaint, this answering defendant denies each and every allegation contained therein.

4. Answering paragraph 4 of the Complaint, this answering defendant denies each and every allegation contained therein.

### IV. PARTIES

5. Answering paragraph 5 of the Complaint, this answering defendant denies based on lack of information and belief that plaintiff is a citizen of the State of California.

6. Answering paragraph 6 of the Complaint, this answering defendant admits that Sears, Roebuck and Co. is a New York corporation with a principal place of business in the State of Illinois, authorized to do and doing business in the State of California.

### V. FACTS UPON WHICH CLAIM FOR RELIEF IS BASED

7. Answering paragraph 7 of the Complaint, this answering defendant denies each and every allegation contained therein.

8. Answering paragraph 8 of the Complaint, this answering defendant denies each and every allegation contained therein.

9. Answering paragraph 9 of the Complaint, this answering defendant denies each and every allegation contained therein.

10. Answering paragraph 10 of the Complaint, this answering defendant denies each and every allegation contained therein.

11. Answering paragraph 11 of the Complaint, this answering defendant denies each and every allegation contained therein.

### VI. FIRST CAUSE OF ACTION -- Negligence

12. Answering paragraph 12 of the Complaint, this answering defendant denies each and every allegation contained therein.

13. Answering paragraph 13 of the Complaint, this answering defendant denies each and every allegation contained therein.

///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}    2

ANSWER TO COMPLAINT

14. Answering paragraph 14 of the Complaint, this answering defendant denies each and every allegation contained therein.

15. Answering paragraph 15 of the Complaint, this answering defendant denies each and every allegation contained therein.

16. Answering paragraph 16 of the Complaint, this answering defendant denies each and every allegation contained therein.

17. Answering paragraph 17 of the Complaint, this answering defendant denies each and every allegation contained therein.

## DEMAND FOR A JURY TRIAL

This answering defendant demands a jury trial.

## AFFIRMATIVE DEFENSES

**COMES NOW,** Defendant SEARS, ROEBUCK AND CO., erroneously sued herein as Sears, Roebuck and Company, and for its answer to the complaint of plaintiff on file herein alleges as follows:

**AS A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that neither the complaint nor any of its alleged causes of action states facts sufficient to constitute a cause of action against this answering defendant.

**AS A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that by virtue of the nature of the activity and/or incident alleged in the Complaint, and the parties' relationship to the activity and/or incident, defendant owes no legal duty to plaintiff under the doctrine of primary and/or secondary assumption of risk.

**AS A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}   3

ANSWER TO COMPLAINT

voluntarily and with knowledge of the matters referred to in said Complaint assumed any and all of the risks, hazards and perils of the conditions referred to in said to Complaint, and therefore, assumed the risk of any damages that may have been sustained, if any, which serves to bar or reduce any recovery by plaintiff.

**AS A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff was partially, if not wholly, negligent or otherwise at fault on plaintiff's own part pursuant to the doctrine of comparative negligence, and should be barred from recovery of that portion of the damages directly attributable to his proportionate share of negligence or fault.

**AS A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that the damages sustained by Plaintiff, if any, were caused, in whole or in part, by the negligence or fault of others for which defendant is not liable or responsible.

**AS A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that Plaintiff had the capability to mitigate damages and failed to do so.

**AS A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that the negligence, fault or other legal liability of persons other than defendant was the sole, contributory or concurrent proximate and legal cause of the damages, if any, allegedly sustained by plaintiff, and that defendant is not liable for any other person's proportionate share of non-economic damages, pursuant to California Civil Code sections 1431, et seq. and other principles of law and equity.

///

///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}    4

ANSWER TO COMPLAINT

1  **AS AN EIGTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that any alleged defect or condition of its premises was open and obvious by virtue of its appearance, form, function, instructions, warnings or other features, and that plaintiff or others who assumed responsibility for said conditions knew or in the exercise of reasonable care should have known of such conditions and taken measures to avoid them.

**AS A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff has waived, and is therefore estopped from asserting, any of the claims upon which plaintiff seeks relief.

**AS A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that if Plaintiff suffered any damage, which is denied, such damages were and are the sole proximate result of an unavoidable accident/act of God.

**AS AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff is barred from asserting any claim by reason of the applicable statutes of limitation, including but not limited to California Code of Civil Procedure sections 335.1, 339, 340, 340.2, 361, 583.210, 583.310, 583.410, California Commercial Code section 2725, other applicable statutes of limitations, laches, and/or by any applicable contractual time limitations for the commencement of suit.

**AS A TWELFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that this answering defendant is not vicariously liable for the damages, if any, alleged in plaintiff's Complaint, caused by the acts or omissions of this answering defendant's independent contractor, if any.

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}              5

ANSWER TO COMPLAINT

**AS A THIRTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff's action is barred by California Labor Code section 3601 et seq. because (1) this defendant was plaintiff's employer at the time of this incident; (2) the Complaint alleges a compensable injury to plaintiff; (3) both plaintiff and defendant were subject to the pertinent provisions of the Labor Code; (4) at the time of the injury plaintiff was performing service growing out of and incidental to his employment and was acting within the course of his employment; and (5) plaintiff's injury was legally caused by the employment, either with or without negligence.

**AS A FOURTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff's action is barred by California Labor Code section 3601 because defendant was plaintiff's employer at the time of this incident and all of the conditions of compensation of Labor Code section 3600 are satisfied. Therefore, the provisions of California Labor Code sections 3600 et seq. and 5300 et seq. provide the exclusive remedy for plaintiff as set forth in the case of *Coca Cola v. Superior Court,* (1991) 233 Cal.App.3d 1273.

**AS A FIFTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff already filed a State of California Workers' Compensation Appeals Board action, Case No. OAK 0331008 which remains plaintiff's sole remedy.

**AS A SIXTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant is informed and believes and thereon alleges that plaintiff's action is barred by the doctrines of res judicata and collateral estoppels by virtue of plaintiff's State of California Workers' Compensation Appeals Board action, Case No. OAK 0331008.

///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}                                6

ANSWER TO COMPLAINT

**AS A SEVENTEENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO THE UNVERIFIED COMPLAINT ON FILE HEREIN, AND TO EACH CAUSE OF ACTION THEREOF,** this answering defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, yet unstated, defenses available. Defendant reserves herein the right to assert additional defenses in the event discovery indicates that they would be appropriate.

**WHEREFORE,** this answering defendant prays as follows:

1. That plaintiff take nothing by his complaint and that this answering defendant be dismissed hence;

2. For reasonable attorneys' fees;

3. For costs of suit incurred herein; and

4. For such other and further relief as the Court deems fit and proper.

DATED: October 22, 2007         VAN DE POEL & LEVY, LLP

By: _____
JEFFREY W. ALLEN
NATALIE V. GLAVINOVICH
Attorneys for SEARS, ROEBUCK AND CO.

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

{00376769.DOC;1}                                  7

ANSWER TO COMPLAINT