**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA

450 GOLDEN GATE AVENUE

SAN FRANCISCO, CALIFORNIA 94102

Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

October 23, 2007

Jeffrey W. Allen
Van De Poel & Levy, LLP
1600 South Main, Plaza, Suite 325
Walnut Creek, CA 94596

**Re:    CORTNEY WANDZILAK  v. SEARS, ROEBUCK AND COMPANY**
        C07-04039 (JCS)
        Counsel for Defendant

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

A review of  our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge  has not been filed in this case.  All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **November 6, 2007.**  These forms can be found on the Court's website at www.cand.uscourts.gov.

Sincerely,

RICHARD W. WIEKING

By: Karen L.Hom
        Deputy Clerk

Attachments

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORTNEY WANDZILAK,                                   No.  C 07-04039 JCS

        Plaintiff(s),                              **CONSENT TO PROCEED BEFORE A
                                                      UNITED STATES MAGISTRATE JUDGE**

   v.

SEARS, ROEBUCK AND COMPANY,

        Defendant(s).

_____/

     CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

     In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____          _____
                                             Signature

                                             Counsel for _____
                                             (Name or party or indicate "pro se")

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORTNEY WANDZILAK,                                No.  C 07-04039 JCS

        Plaintiff(s),

      v.                                          **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**
                                     **AND**

SEARS, ROEBUCK AND COMPANY,                      **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

        Defendant(s).

_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          _____
                                             Signature

                                           Counsel for _____
                                           (Name or party or indicate "pro se")