Jeffrey W. Allen (099240)
Natalie V. Glavinovich (219415)
VAN DE POEL & LEVY, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
(erroneously sued as SEARS, ROEBUCK and COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTNEY WANDZILAK<br><br>Plaintiff(s),<br><br>vs.<br><br>SEARS, ROEBUCK and COMPANY,<br><br>Defendant(s). | CASE NO.: C07-04039<br><br>PROOF OF SERVICE<br><br>*Complaint Filed:* August 7, 2007<br><br>*Initial CMC:* November 16, 2007 |

I am employed in the County of Contra Costa, State of California. I am over the age of 18 and not a party to the within action. My business address is at Van De Poel & Levy, LLP, 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On October 25, 2007, I served the foregoing document(s) described as:

- **ANSWER TO COMPLAINT FOR DAMAGES BY DEFENDANT SEARS, ROEBUCK AND CO. (filed with the court on 10/22/07 – Document 7 – also served on Mr. Davis electronically via ECF)**

on all other parties and/or their attorney(s) of record to this action as follows:

Walter Davis, Esq.
Attorney at Law
22320 Foothill Blvd., Suite 600
Hayward, CA 94541
Telephone: (510) 888-9040
Facsimile: (510) 888-9044
**Attorney for Defendants**

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

1

PROOF OF SERVICE

[ ▶ ] **BY MAIL**: I am a resident of, or employed in, the county where the mailing occurs; I am over the age of 18 years and am not a party to the cause. I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. The envelope was placed for deposit in the United States Postal Service at Van De Poel & Levy, LLP, in Walnut Creek, California on October 25, 2007. The envelope was sealed and placed for collection and mailing with first-class prepaid postage on that date following ordinary business practices. Service made pursuant to CCP § 1013a(3), upon motion of a party served, shall be presumed invalid if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in the affidavit.

[ ▶ ] **BY FACSIMILE TRANSMISSION** in accordance with CCP §1013(e), to the following party(ies) at the facsimile number(s) indicated. I caused a facsimile machine transmission to the facsimile numbers listed next to the below-stated person(s) names by faxing a copy of the above-referenced document(s) to the addressee at the number(s) set forth beneath their above-listed address. At the completion of the transmission, a Transmission Report was generated, confirming transmission and receipt by the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on October 25, 2007, at Walnut Creek, Contra Costa County, California.

Laura Renno
_____
(Signature)

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

2

PROOF OF SERVICE