UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CORTNEY WANDZILAK,

      Plaintiff(s),

  v.

SEARS, ROEBUCK AND COMPANY,

      Defendant(s).
_____/

No. C 07-04039 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: 10/25/07

_____
Signature  Jeffry W. Alle

Counsel for Sears, Roebuck and Co.
(Name or party or indicate "pro se")

2

| | |
|---|---|
| Re: | Wandzilak, Cortney v. Sears, Roebuck and Co., et al. |
| Court: | United States District Court – Northern District – San Francisco |
| Action No: | C07-04039 |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel & Levy whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On October 26, 2007, I served the following document(s) in the following manner(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was    .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

Walter Davis, Esq.
Attorney at Law
22320 Foothill Blvd., Suite 600
Hayward, CA 94541
Telephone: (510) 888-9040
Facsimile: (510) 888-9044
**Attorney for Plaintiffs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   October 26, 2007

_____
Laura Renno