Jeffrey W. Allen (099240)
Natalie V. Glavinovich (219415)
VAN DE POEL & LEVY, LLP
1600 South Main Plaza, Suite 325
Walnut Creek, California 94596
Telephone:  (925) 934-6102
Facsimile:  (925) 934-6060

Attorneys for Defendant
SEARS, ROEBUCK AND CO.
(erroneously sued as SEARS, ROEBUCK and COMPANY)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTNEY WANDZILAK<br><br>Plaintiff(s),<br><br>vs.<br><br>SEARS, ROEBUCK and COMPANY,<br><br>Defendant(s). | CASE NO.: C07-04039<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL<br><br>Complaint Filed: August 7, 2007<br><br>Initial CMC: November 16, 2007 |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

///
///
///
///
///
///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

1

ADR CERTIFICATION BY PARTIES AND COUNSEL

(3) Considered whether this case might benefit from any of the available dispute resolution options.

DATED: October 25, 2007

SEARS, ROEBUCK AND CO.

By: _____ 10/25/2007
DAVID J. OLSON
Authorized Representative for Defendant
SEARS, ROEBUCK AND CO.

DATED: October 26, 2007

VAN DE POEL & LEVY, LLP

By: _____
JEFFREY W. ALLEN
NATALIE V. GLAVINOVICH
Attorneys for Defendant
SEARS, ROEBUCK AND CO.

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6080

2

ADR CERTIFICATION BY PARTIES AND COUNSEL

| | |
|---|---|
| Re: | Wandzilak, Cortney v. Sears, Roebuck and Co., et al. |
| Court: | United States District Court – Northern District – San Francisco |
| Action No: | C07-04039 |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel & Levy whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On October 26, 2007, I served the following document(s) in the following manner(s):

### ADR CERTIFICATION BY PARTIES AND COUNSEL

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was    .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

Walter Davis, Esq.
Attorney at Law
22320 Foothill Blvd., Suite 600
Hayward, CA 94541
Telephone: (510) 888-9040
Facsimile: (510) 888-9044
**Attorney for Plaintiffs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:   October 26, 2007

_____
Laura Renno