1 Jeffrey W. Allen (099240)
Natalie V. Glavinovich (219415)
2 VAN DE POEL & LEVY, LLP
1600 South Main Plaza, Suite 325
3 Walnut Creek, California 94596
Telephone:    (925) 934-6102
4 Facsimile:    (925) 934-6060

5

Attorneys for Defendant
6 SEARS, ROEBUCK AND CO.
(erroneously sued as SEARS, ROEBUCK and COMPANY)
7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 CORTNEY WANDZILAK                    | CASE NO.: C07-04039

12            Plaintiff(s),             | STIPULATION AND [PROPOSED]
                                        | ORDER SELECTING ADR PROCESS
13            vs.

14 SEARS, ROEBUCK and COMPANY,          | *Complaint Filed: August 7, 2007*

15            Defendant(s).             | *Initial CMC: November 16, 2007*

16

17        Counsel report that they have met and conferred regarding ADR and have reached the

18 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

19        The parties agree to participate in the following ADR process:

20        MEDIATION (ADR L.R. 6)

21        The parties agree to hold the ADR session by:

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

1

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1    The presumptive deadline, *(i.e. 90 days from the date of entry of this order by the Court.)/*

2    DATED: October 25, 2007          VAN DE POEL & LEVY, LLP

3

4                                      By: _____
                                            JEFFREY W. ALLEN
5                                           NATALIE V. GLAVINOVICH
                                            Attorney for SEARS, ROEBUCK AND CO.
6

7
     DATED: October 2C, 2007
8

9                                      By: _____
10                                          WALTER L. DAVIS
                                            Attorney for Plaintiff
11                                          CORTNEY WANDZILAK

12

13                    [PROPOSED] ORDER

14

15   Pursuant to the Stipulation above, the captioned matter is hereby referred to:

16        MEDIATION

17   Deadline for ADR session:

18        90 days from the date of this order.

19   IT IS SO ORDERED.

20

21   Dated: ____10/30/07____

22                                                    _____ JUDGE
                                                     Judge Joseph C. Spero
23

24

25

26

27

28

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1800 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

2

| Re: | Wandzilak, Cortney v. Sears, Roebuck and Co., et al. |
|---|---|
| Court: | United States District Court – Northern District – San Francisco |
| Action No: | C07-04039 |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Van De Poel & Levy whose business address is 1600 South Main Plaza, Suite 325, Walnut Creek, CA 94596.

On October 26, 2007, I served the following document(s) in the following manner(s):

### STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Walnut Creek, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below. The number of pages transmitted (including the Proof of Service Form) was      .

☐ **PERSONAL DELIVERY:** By personally delivering to and leaving a true copy thereof with the following person(s) at the following address(es) on the date set forth above.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

Walter Davis, Esq.
Attorney at Law
22320 Foothill Blvd., Suite 600
Hayward, CA 94541
Telephone:  (510) 888-9040
Facsimile:  (510) 888-9044
**Attorney for Plaintiffs**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED:      October 26, 2007

_____
Laura Renno