# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTE ORDER</u>

**CASE NO. C 07-04039 JCS**

**CASE NAME: CORTNEY WANDZILAK v. SEARS, ROEBUCK**

**MAGISTRATE JUDGE JOSEPH C. SPERO**         **COURTROOM DEPUTY**: **Karen Hom**

**DATE**: **November 16, 2007         TIME: 5 min**         **COURT REPORTER**: <u>Not Recorded</u>

**<u>COUNSEL FOR PLAINTIFF:</u>**              **<u>COUNSEL FOR DEFENDANT:</u>**
**Walter L. Davis**                           **Jeffrey W. Allen**

---

**<u>PROCEEDINGS</u>:**                                    **<u>RULING:</u>**

**1. Case Management Conference**                          **Held.**

_____

**<u>ORDERED AFTER HEARING:</u>**

**Plaintiff shall produce all medical records in 60 days.**
**This case shall be referred to the Court's ADR program for Mediation, to occur within 90 days.**
**An updated joint case management conference statement shall be due by 2/8/8.**

_____

**ORDER TO BE PREPARED BY:         () Plaintiff     () Defendant     (X) Court**

**CASE CONTINUED TO:   02/15/08 at 1:30 p.m., for a further case mgmt conference.**

_____

Number of Depos: 3 each side before next cmc          Discovery Cutoff: 5/30/08

Expert Disclosure: 06/16/08     Expert Rebuttal: 07/06/08     Expert Discovery Cutoff: 8/31/08

Motions Hearing: 06/27/08 at 9:30 a.m.          Pretrial Conference: 10/03/08 at 1:30 p.m.

**Trial Date:   10/14/08 at 8:30 a.m.  (X) Jury  () Court     Set for 6 days**

_____

cc:        **Chambers; Karen**, ADR
* (T) = Telephonic Appearance