# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wandzilak,<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>Sears, Roebuck & Company,<br><br>　　　　　Defendant(s). | 07-04039 JCS MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Jack L. Slobodin**
Gordon & Rees
275 Battery St., Suite 2000
San Francisco, CA 94105
415-875-3104

　　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04039 JCS MED　　　　　　　　　　　　- 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: December 4, 2007

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-04039 JCS MED                - 2 -