1  Jeffrey W. Allen (099240)
   Larisa A. Kiremidjian (233358)
2  VAN DE POEL & LEVY, LLP
   1600 South Main Plaza, Suite 325
3  Walnut Creek, California 94596
   Telephone:     (925) 934-6102
4  Facsimile:     (925) 934-6060

5  Attorneys for Defendant
   SEARS, ROEBUCK AND CO.
6  (erroneously sued as SEARS, ROEBUCK and COMPANY)

7  Walter L. Davis (098513)
   22320 Foothill Blvd., Suite 600
8  Hayward, California 94541
   Telephone:     (510) 888-9040
9  Facsimile:     (510) 888-9040

10 Attorney for Plaintiff
   CORTNEY WANDZILAK

11

12              UNITED STATES DISTRICT COURT

13             NORTHERN DISTRICT OF CALIFORNIA

14

15 CORTNEY WANDZILAK                    CASE NO.: C 07-04039 JCS

16          Plaintiff(s),              JOINT UPDATED CASE
                                       MANAGEMENT CONFERENCE
17     vs.                             STATEMENT

18 SEARS, ROEBUCK and COMPANY,         Conference Date: February 15, 2008
                                       Time: 1:30 p.m.
19          Defendant(s).              Courtroom: A, 15th Floor, San Francisco

20                                     *Complaint Filed: August 7, 2007*

21 The parties, by and through their respective counsel, hereby jointly submit this Joint Updated Case

22 Management Conference Statement.

23    1. **FACTS**

24        **a. Plaintiff's Version:** This is an action for damages based upon the negligent

25 maintenance and repair of a baler which crushed Plaintiff's right hand on August 8, 2005 while he

26 was placing materials inside of the baler located at a Kmart store in Pleasant Hill, California.

27 Defendant SEARS "negligently and carelessly inspected, maintained, serviced and/or repaired the

28 safety gate of the subject baler that it was a dangerous and unsafe for use and the purpose for which

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

1

1    it was intended when used in a manner reasonably foreseeable by Plaintiff." Plaintiff denies any

2    warning not to use baler.

3        **b. Defendant Sears, Roebuck and Co.'s Version:** Plaintiff Cortney Wandzilak, an

4    employee of Kmart Corporation at all relevant times, claims to have sustained personal injuries and

5    damages at the Kmart store located in Pleasant Hill, California on August 8, 2005 while he was

6    placing materials inside of a baler for compaction when the safety gate of the baler closed on his

7    hand. Contrary to Plaintiff's assertions, Defendant SEARS did not inspect, service, repair or

8    maintain the subject baler while Plaintiff was an employee of Kmart.

9        Further, at the time of the accident, the subject baler was broken. Prior to Plaintiff's accident, all

10   Kmart employees had been informed that the baler was broken and had been instructed not to use

11   the baler. There was also a sign posted on the baler that read *"out of order, do not use."* However,

12   Plaintiff and an independent witness contend that all warnings had been removed by the date of

13   Plaintiff's incident.

14   **2. LEGAL ISSUES**

15        a.  Whether the Defendant SEARS negligently inspected, maintained, serviced and/or

16   repaired the subject baler located at the Kmart store in Pleasant Hill, California at all relevant times.

17        b.  Whether Plaintiff was negligent.

18        c.  Causation of injuries and damages.

19        d.  The nature and extent of Plaintiff's injuries and damages.

20   **3. MOTIONS**

21        No motions are currently pending.  Defendant anticipates a motion for summary judgment on the

22   ground that Defendant does not owe Plaintiff an independent duty of care and is therefore not liable.

23   No other motions are anticipated beyond discovery motions, which at this time are not indicated.

24   The parties reserve the right to make pre-trial motions in limine.

25   **4. AMENDMENT OF PLEADINGS**

26        None anticipated, except perhaps Kmart's asserting a lien to recover worker's compensation

27   benefits paid to Plaintiff.

28   ///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

2

JOINT UPDATED CASE MANAGEMENT STATEMENT        CASE NO.: C 07-04039 JCS

1    ## 5. **EVIDNCE PRESERVATION**

2    Defendant SEARS has preserved the baler machine in use by Plaintiff at the time of the incident

3    at Defendant's Kmart store in Pleasant Hill, CA. The baler and the immediate areas on Kmart's

4    premises where the incident occurred are readily available for inspection. The baler unit was

5    repaired by Cepsco inc. (an independent repair/maintenance company) in the days after the incident

6    and has been used on a continuing basis by Kmart employees since it was repaired. Otherwise, all

7    evidence has been preserved to the knowledge of Defendant's counsel.

8    ## 6. **DISCLOSURES**

9    Pursuant to the August 7, 2007 Order Setting Initial Case Management Conference and ADR

10   Deadlins, the last day to complete initial discloures (Fed. R. Civ. P. 26 ) was  November 9, 2007.

11   Plaintiff did not comply with this Order and produced his initial disclosures on December 3, 2007.

12   Defendant SEARS produced their initial disclosures to Plaintiff in a timely fashion on

13   November 8, 2007. Further, on January 30, 2008, Defendant SEARS informally provided Plaintiff,

14   pursuant to a Confidentiality Stipulation, with copies of documents that illustrate that Defendant

15   SEARS did not maintain, service or repair the subject baler while Plaintiff was an employee of

16   Kmart.

17   **a. Plaintiff's failure to comply with Civil Order**: The November 16, 2007 Civil

18   Minute Order clearly states that "Plaintiff shall produce all medical records in 60 days." The date for

19   production was January 16, 2008. To date, Defendant SEARS has not received all of medical

20   records supporting Plaintiff's claim for injuries. In fact, Plaintiff has not yet provided evidence of

21   any injuries alleged despite repeated requests by the defense.

22   However, Plaintiff has informally produced medical reports generated in the workers'

23   compensation action.

24   ## 7. **DISCOVERY**

25   Defendant SEARS has subpoenaed all of Plaintiff's medical records from Plaintiff's known

26   medical providers. Defendant has also propounded a set of interrogatories and request for production

27   of documents to Plaintiff. Responses are due Friday, February 15, 2008. Defendant has noticed

28   Plaintiff's deposition which will be rescheduled to occur after the Mediation on February 27, 2008.

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

3

JOINT UPDATED CASE MANAGEMENT STATEMENT                    CASE NO.: C 07-04039 JCS

1  Defendant has also subpoenaed Plaintiff's percipient witness Michael Dietlein for a deposition

2  which will also be rescheduled to occur after the Mediation on February 27, 2008. Finally,

3  Defendant anticipates having Plaintiff examined by an independent orthopedic medical examiner

4  prior to the expert disclosure deadline.

5       Plaintiff's counsel has indicated that he will take the deposition of Sharon Brock, Receiving

6  Manager at Kmart, Pleasant Hill, CA and the Sears Maintenance person allegedly involved in

7  referring maintenance of the baler to Cepsco inc. These depositions will likely occur in early March

8  2008.

9    **8.  CLASS ACTIONS**

10      This is not a class action suit.

11   **9.  RELATED CASES**

12      Plaintiff has filed an Application for Adjudication of Claim with the State of California

13  Workers' Compensation Appeals Board, Case No. OAK 0331008, *Cortney Wandzilak v. Kmart*.

14  Plaintiff's Workers' Compensation claim against his employer Kmart arises from the same set of

15  facts and circumstances at issue in the instant case.

16   **10. RELIEF**

17      Plaintiff seeks monetary damages consisting of General Damages of $375,000.00, and Special

18  Damages in an unspecified amount according to proof at trial.

19   **11. SETTLEMENT AND ALTERNATIVE DISPUTE RESOLUTION ("ADR")**

20      The parties have stipulated to Mediation as the ADR process. An ADR order was executed by

21  Judge Joseph C. Spero on October 30, 2007 which stated that mediation must be completed by

22  Thursday, February 14, 2007. Jack L. Slobodin was the court appointed mediator. Mediation

23  occurred at Mr. Slobodin's office, Gordon & Rees, 275 Battery Street, Suite 2000, San Francisco,

24  CA 94111 on Wednesday, February 6, 2008 at 10:00 a.m. The result of the mediation is as follows:

25      Plaintiff appeared with a percipient witness, Mr. Michael Dietlein. Defendant Sears

26  presented a Sears representative with authority.

27      The matter did not settle.

28      The Mediator has agreed to retain jurisdiction should the parties wish to return to the table.

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

4

JOINT UPDATED CASE MANAGEMENT STATEMENT                    CASE NO.: C 07-04039 JCS

1  **12. CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

2  Plaintiff and Defendant have consented to proceed before a Unites States Magistrate Judge

3  Jospeh Spero.

4  **13. OTHER REFERENCES**

5  This case is not suitable for binding arbitration, a special master or multi-district litigation.

6  **14. NARROWING OF ISSUES**

7  None at this time.

8  **15. EXPEDIATED SCHEDULE**

9  None at this time.

10  **16. SCHEDULING**

11  Below please find a list of calendared events in chronological order.

12      2/15/08: Further Case Management Conference @ 1:30 p.m.

13      2/27/08: Deposition of Plaintiff @ 10:00 a.m.

14      2/27/08: Deposition of Percipient Witness Michael Dietlein @ 2:00 p.m.

15      3/08: Depositions of Kmart and Sears employees

16      5/08: Anticipated filing of MSJ by Defendant. Opposition to be served and filed 21 days

17      before the hearing date.  Reply to be filed 14 days before the hearing date. ND CA Rule 7-3.

18      5/30/08: Discovery cutoff

19      6/16/08: Expert Disclosure

20      6/27/08: Motions hearing @ 9:30 a.m.

21      7/06/08: Expert rebuttal

22      8/31/08: Expert discovery cutoff

23      10/3/08: Pretrial conference @ 1:30 p.m.

24      10/14/08: Jury Trial @ 8:30 a.m.

25  **17. TRIAL**

26  A jury trial is set for October 14, 2008 at 8:30 a.m. The trial will not last more than six (6) days.

27  ///

28  ///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

5

1  **18. DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

2      Kmart Corporation plans to file a Workers Compensation right of intervention and/or lien claim

3  through its third party administrator Sedgwick Claims Management, Inc.

4  ///

5  ///

6  ///

7  ///

8  ///

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

6

JOINT UPDATED CASE MANAGEMENT STATEMENT          CASE NO.: C 07-04039 JCS

1  19. **OTHER MATTERS**

2  None known at this time.

3  DATED: February   , 2008      VAN DE POEL & LEVY, LLP

4

5                                By: _____

6                                    JEFFREY W. ALLEN
                                     LARISA A. KIREMIDJIAN
7                                    Attorney for SEARS, ROEBUCK AND CO.

8  DATED: February 7, 2008       LAW OFFICES OF WALTER L. DAVIS

9

10                               By: _____

11                                   WALTER L. DAVIS
                                     Attorney for Plaintiff
12                                   CORTNEY WANDZILAK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VAN DE POEL & LEVY
ATTORNEYS AT LAW
1600 South Main Plaza
Suite 325
Walnut Creek, CA 94596
Telephone: (925) 934-6102
Facsimile: (925) 934-6060

                                    6

JOINT UPDATED CASE MANAGEMENT STATEMENT          CASE NO.: C 07-04039 JCS