# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-04039 JCS**

**CASE NAME: CORTNEY WANDZILAK v. SEARS, ROEBUCK**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: February 15, 2008     **TIME: 15 min** | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Walter L.  Davis | **COUNSEL FOR DEFENDANT:**<br>Jeffrey W. Allen |

**PROCEEDINGS:**                                                              **RULING:**

1. Further Case Management Conference                    Held.

**ORDERED AFTER HEARING:**

Counsel to report on discovery, if it exists, a communication from Sears to K-Mart advising K-Mart to unlock or recommend that the baler be unlocked.

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:  03/21/008 at 1:30 p.m., for a further case mgmt conference.**

**Number of Depos:**                                                     **Discovery Cutoff:**

**Expert Disclosure:**            **Expert Rebuttal:**            **Expert Discovery Cutoff:**

**Motions Hearing:**        at 9:30 a.m.                **Pretrial Conference:**    at 1:30 p.m.

**Trial Date:**            at 8:30 a.m.  ( ) Jury      ( ) Court      Set for  days

**cc:**       **Chambers; Karen**
* (T) = Telephonic Appearance