# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Wandzilak, | No. C 07-04039 JCS MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Sears, Roebuck & Company, | |
| Defendant(s). | |

*Instructions*: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☑ Mediation or ☐ ENE session on (date) ___2/6/08___

2. Did the case settle?   ☑ fully   ☐ partially   ☑ no

3. If the case did not settle fully, is any follow-up contemplated?
   ☐ another session scheduled for (date) _____
   ☐ phone discussions expected by (date) _____
   ☑ no

4. IS THIS ADR PROCESS COMPLETED?   ☑ YES   ☐ NO

Dated: ___2/14/08___

Mediator, Jack L. Slobodin
Gordon & Rees
275 Battery St., Suite 2000
San Francisco, CA 94105

**Certification of ADR Session**
07-04039 JCS MED