UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTNEY WANDZILAK, | Case No. C-07-04039 JCS |
| Plaintiff(s), | |
| v. | **FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |
| SEARS, ROEBUCK AND COMPANY, | |
| Defendant(s). | |

Following a further case management conference held on **February 15, 2008,**

IT IS HEREBY ORDERED THAT a further case management conference is set for **March 21, 2008, at 1:30 p.m.** At the case management conference, counsel shall report if a communication exists from Sears to K-Mart advising K-Mart to unlock or recommending that the baler be unlocked.

IT IS SO ORDERED.

Dated: February 25, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge