

# VAN DE POEL & LEVY, LLP
### ATTORNEYS AT LAW

1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596
Tel: (925) 934-6102
Fax: (925) 934-6060

425 California Street, 19th Floor
San Francisco, CA 94104
Tel: (415) 291-8844
Fax: (415) 291-8855

February 29, 2008

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  **Wandzilak, Cortney v. Sears, Roebuck and Co.**
     U.S. District Court, N. Dist. of California – Case No. C07-04039
     Our client: Defendant Sears, Roebuck and Co.
     Date of incident: August 8, 2005

Dear Magistrate Judge Spero:

On Wednesday, February 27, 2008, the parties conducted depositions of the following individuals: Plaintiff and his witness Michael Dietlein; Kmart representatives Sharon Brock (Receiving Manager) and Joel Elliott (Loss Prevention Manager); Sears representatives Steven Larocca (Qualified Maintenance Technician) and Michael Hardin (Sears District Facilities Manager).

Pursuant to your February 25, 2008 Further Case Management and Pretrial Order, the depositions were limited to the discrete issue of whether any "communication exists from Sears to K-Mart advising K-Mart to unlock or recommending that the baler be unlocked."

The testimony revealed that absolutely NO evidence exists to support a finding that there was any communication from Sears to Kmart advising Kmart to unlock or recommending that the baler be unlocked. Instead, the testimony revealed that Defendant Sears, Roebuck and Co. had no involvement with respect to the removal of the lock or sign.

Therefore, our immediate plan is to move for Summary Judgment unless Plaintiff agrees to dismiss the case for a waiver of costs to include the six depositions.

Respectfully,

VAN DE POEL & LEVY, LLP

JEFFREY W. ALLEN

JWA/LAK/lr

{00432340.DOC;1}

www.vanlevylaw.com

Walter Davis, Esq.
Re: <u>Wandzilak, Cortney v. Sears, Roebuck and Co.</u>
February 29, 2008
Page 2

---

cc:     Walter Davis, Esq.

{00430339.DOCX;1}