**VAN DE POEL & LEVY, LLP**
ATTORNEYS AT LAW

1600 South Main Plaza, Suite 325
Walnut Creek, CA 94596
Tel: (925) 934-6102
Fax: (925) 934-6060

425 California Street, 19th Floor
San Francisco, CA 94104
Tel: (415) 291-8844
Fax: (415) 291-8855

March 12, 2008

Honorable Joseph C. Spero
United States Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Wandzilak, Cortney v. Sears, Roebuck and Co.**
**U.S. District Court, N. Dist. of California – Case No. C07-04039**
**Our client: Defendant Sears, Roebuck and Co.**
**Date of incident: August 8, 2005**

Dear Magistrate Judge Spero:

Please be advised that on Tuesday, March 11, 2008, the above-referenced matter settled.

Respectfully,

VAN DE POEL & LEVY, LLP

JEFFREY W. ALLEN

JWA/LAK/lr
cc:    Walter Davis, Esq.

{00435394.DOC;1}                                                              www.vanlevylaw.com